UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:

    JOHN WELLBROCK AND
    KATHLEEN M. WELLBROCK

                 Debtor*s*.

----------------------------------------------------------X

Case No. 10-75845

Chapter 7

**ORDER LIFTING THE AUTOMATIC STAY**

       Upon reading and filing the Notice of Motion dated September 23, 2010, the Affirmation of Jordan S. Katz, Esq., dated September 23, 2010 and the exhibits annexed thereto on behalf of BENEFICIAL HOMEOWNER SERVICE CORPORATION, its servicing agent, by its attorneys Jordan S. Katz, Esq., for an Order pursuant of 11 U.S.C. §362(d) (1) & (2) granting relief from the automatic stay to foreclose the mortgage it holds on the property owned by the Debtor and located at 11 CHESAPEAKE BAY ROAD, CORAM, NY 1172*7* (the"Property"); and there being no opposition thereto by the United States Trustee or ROBERT L. PRYOR, TRUSTEE, Trustee, the Debtor*s*, or their attorneys, and sufficient cause appearing therefore; it is

       **ORDERED,** that automatic stay is hereby modified pursuant to 11 U.S.C. §362 (d) (1) & (2) to allow BENEFICIAL to foreclose the mortgage it holds on the Property, and it is further

       **ORDERED,** that the movant shall immediately provide an accounting to the trustee of any surplus monies realized.

Dated:  *Central Islip*  , New York
        *October 27, 2010*

                                            *s/Dorothy Eisenberg*_____
                                             Hon. DOROTHY ESIENBERG